JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, WORKERS' COMPENSATION TRUST, and CONTRACT ADMINISTRATION FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA TESTING & INSPECTIONS, INC., a California corporation, <br><br> Defendant. | CASE NO.: CV 23-1994-GW-KSx <br><br> ASSIGNED TO THE HONORABLE GEORGE H. WU <br><br> **JUDGMENT** |

1

**[PROPOSED] JUDGMENT**

1757035

This action having been commenced on March 17, 2023, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendant, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, Southern California Partnership for Jobs Fund, Workers' Compensation Trust, and Contract Administration Fund, shall recover from Defendant, California Testing & Inspections, Inc., a California corporation, the principal amount of $403,479.74, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from June 15, 2023, until paid in full.

Dated: July 25, 2023

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE